**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1500**

CHRISTOPHER CHIN-YOUNG,

        Plaintiff - Appellant,

    v.

GARY L. ROWELL, Department of the Army; LORETTA E. LYNCH,
Attorney General; U.S. ATTORNEY, of the United States;
WILLIAM D. SPENCER; KATHLEEN D. COLE; DENISE S. PRICE;
NICOLE DECRESCENZO,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:13-cv-03772-RWT)

Submitted:  October 30, 2015      Decided:  November 30, 2015

Before DUNCAN and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher Chin-Young, Appellant Pro Se.  Tarra DeShields
Minnis, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Chin-Young appeals the district court's orders dismissing his civil action and denying his motions for reconsideration.* We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Chin-Young v. Powell, No. 8:13-cv-03772-RWT (D. Md. Apr. 2, 2015; May 7, 2015; May 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We construe Chin-Young's informal brief as a timely notice of appeal from the orders denying his motions for reconsideration. See Smith v. Barry, 502 U.S. 244, 248-49 (1992); Hughes v. Halifax Cnty. Sch. Bd., 823 F.2d 832, 834-35 (4th Cir. 1987).

2